**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**JUDGE WALKER D. MILLER**

**COURTROOM MINUTES**

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks<br>Court Reporter: Janet Coppock<br>Probation Officer: Jan Woll | Date: March 19, 2008<br>Time: one hour and 12 minutes<br>Interpreter: n/a |

**CASE NO. 07-CR-00206-WDM**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Gregory Holloway |
| Plaintiff, | |
| vs. | |
| **CHERYL MORRIS,** | Scott Varholak |
| Defendant. | |

**SENTENCING**

**2:41 p.m.   COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and on bond.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Page Two
07-CR-00206-WDM
March 19, 2008

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Mr. Varholak addresses defendant's objections to the presentence investigation report and sentencing.

Defendant addresses the Court.

Comments by Mr. Holloway in support of Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #73), filed 11/7/07.

Comments by Mr. Varholak.

Further comments by Mr. Holloway.

Court will take a brief recess.

**3:36 p.m.     COURT IN RECESS**

**3:46 p.m.     COURT IN SESSION**

Court states its findings and conclusions.

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (Doc #73), filed 11/7/07 is GRANTED as stated on the record.

Defendant entered her plea on **July 19, 2007** to count **2 of the Indictment.**

**ORDERED:** Defendant's plea of guilty is **ACCEPTED.**

**TOTAL OFFENSE LEVEL:**           23
**CRIMINAL HISTORY CATEGORY:**     III

**RECOMMENDATION OF THE PROBATION OFFICER IS AS FOLLOWS:**

|  | Guideline Provision | Recommended Sentence |
|---|---|---|
| **Custody** | 57 to 71 months | 57 months |

Page Three
07-CR-00206-WDM
March 19, 2008

| **Supervised Release** | 3 years | 3 years |
|---|---|---|
| **Probation** | Not eligible for probation | Probation is not recommended |
| **Fine** | $10,000 tp $1,000,000 | A fine is not recommended |
| **Special Assessment** | $100 | $100 |

**Restitution**
There is no loss involved in this offense and community restitution is not recommended.

**Community Service**
Community service is not recommended.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- ( ) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because defendant has not shown any evidence of drug use.

**ORDERED:** **Special Condition** of Supervised Release that:
- (**X**) If not already done, defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.
- (**X**) Defendant shall participate in a program of testing and treatment for drug and alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.
- (**X**) Defendant shall comply with the terms and conditions for payment of the special assessment, restitution or fine imposed by this judgment.
- (**X**) Defendant shall pay any **special assessment, restitution, fine** that is imposed by this judgment, and that remains unpaid at the commencement of the term of supervised release.
- (**X**) Defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.
- (**X**) Defendant shall be placed on home detention for a period of **12** months, to commence within **21** days of sentencing. During this time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Costs of supervised release are WAIVED.

**ORDERED:** Government's Motion for Acceptance of Responsibility is **GRANTED.**

Page Five
07-CR-00206-WDM
March 19, 2008

**ORDERED:** Government's Motion to Dismiss Count One of the Indictment is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. Any notice of appeal must be filed within 10 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**4:03 p.m.**     **COURT IN RECESS**

**Total in court time:**     72 minutes

**Hearing concluded**